# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## Case No. 5:25-cv-00097-KDB-DCK

| | |
|---|---|
| KUMHO TIRE USA, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>GE TIRES ONLINE INC.<br><br>　　Defendant. | **NOTICE REGARDING CERTIFICATE OF SETTLEMENT CONFERENCE** |

Plaintiff Kumho Tire USA, Inc. ("Plaintiff"), at the request of counsel for Defendant GE Tires Online Inc. ("Defendant"), hereby files this Notice Regarding Certificate of Settlement Conference. The parties are diligently working to prepare a Certificate of Settlement Conference; however, Plaintiff is informed that counsel for Defendant is experiencing a family health emergency. In the interim, the parties jointly report as follows:

The parties have conferred through counsel by video conference on multiple occasions and reached an agreement in principle on the primary terms of a settlement, however, productive discussions continue regarding forward looking business terms, if any, to be included in the settlement document(s). The parties anticipate being able to reach a conclusion on these open items and finalize a settlement within the next 21 days, and one or both parties will submit either a

dismissal of the lawsuit, a proposed consent judgment, or Defendant will file its Answer and any other responsive pleading on or before September 26, 2025.

Respectfully submitted, this the 3rd day of September, 2025.

**K&L GATES LLP**

By: */s/ Daniel D. McClurg*
　　Daniel D. McClurg
　　N.C. Bar Number 53768
　　300 South Tryon Street, Suite 1000
　　Charlotte, NC 28202
　　Phone: (704) 331-7444
　　Fax: (704) 331-7598
　　Email: daniel.mcclurg@klgates.com

　　Morgan T. Nickerson
　　*Pro hac vice* forthcoming
　　Mass. BBO# 667290
　　morgan.nickerson@klgates.com
　　One Congress Street, Suite 2900
　　Boston, MA 02114
　　(617) 261-3100
　　(617) 261-3175

　　*Counsel for Plaintiff Kumho Tire USA, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was electronically filed using the Court's electronic filing system which will electronically serve the following counsel of record:

Michael P. Thomas
Patrick, Harper & Dixon, LLP
PO Box 218
Hickory, NC 28603
mthomas@phd-law.com
Attorney for Defendant

*Counsel for Plaintiff Kumho Tire USA, Inc.*

This the 3rd day of September, 2025.

*/s/ Daniel D. McClurg*
Daniel D. McClurg
